UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ANNIE MAE MILLSAPP,

    Plaintiff,

v.

Case No. 18-cv-1819-pp

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

---

**ORDER DISMISSING CASE WITHOUT PREJUDICE UNDER CIVIL LOCAL RULE 41(c) FOR FAILURE TO DILIGENTLY PURSUE IT**

---

On January 29, 2019, the court issued an order, granting the plaintiff's request to proceed in her case without prepaying the filing fee and ordering that if she wanted to continue with her case, she needed to file an amended complaint in time for the court to receive it by the end of the day on Friday, February 22, 2019. Dkt. No. 6. The court explained to the plaintiff exactly what she needed to do in the amended complaint, and sent her the appropriate forms to fill out. The plaintiff has not filed the amended complaint.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** under Civil Local Rule 41(c) (E.D. Wis.) for failure to diligently pursue it. The plaintiff may ask the court to reinstate the case within twenty-one (21) days of the date of this order; the court **ORDERS** that if she makes that request, she

must explain why she did not file an amended complaint by the deadline the court set.

Dated in Milwaukee, Wisconsin this 25th day of February, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**